UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC | CIVIL ACTION NO. 2:23-CV-00244 |
| V. | |
| LOUISIANA AG GROUP GP | JUDGE JAMES D. CAIN, JR. |
| | MAGISTRATE JUDGE KATHLEEN KAY |

## *EX PARTE*/JOINT MOTION FOR ENTRY OF JUDGMENT

Helena Agri-Enterprises, LLC ("Plaintiff") and Louisiana Ag Group GP ("Defendant") respectfully file this *Ex Parte*/Joint Motion for Entry of Judgment, seeking the Court to enter the Judgment attached hereto as **Exhibit 1**. In support hereof, Plaintiff and Defendant respectfully represent:

1. Plaintiff instituted this civil action against Defendant in February 2023. *See* ECF No. 1.

2. In its Complaint, Plaintiff alleged that Defendant is indebted to it in the sum of $457,817.16, plus interest accruing at the rate of 18% per annum, for invoices issued to Defendant for agricultural products purchased by Defendant from Plaintiff on open account. Plaintiff also sought attorneys' fees and costs as provided by Louisiana law.

3. On April 24, 2023, Defendant filed its Answer. ECF No. 7.

4.     After settlement discussions among the parties, Defendant has agreed to the entry of the Judgment in the amount of $325,000.00 in exchange for dismissal of the claims against it in this action.

5.     Plaintiff and Defendant agree that the Judgment is a final judgment, and under Fifth Circuit precedent is non-appealable by either party. *See In re Vioxx Products Liab. Litig.*, 422 Fed. Appx. 315, 316 (5th Cir. 2011) (noting that "the fact that both parties freely consented to the entry of a final judgment precludes an appeal from it").

6.     Defendant has agreed to the relief requested in this Motion and is submission on an *ex parte* basis, and has joined in the Motion as evidenced by the signature of its counsel below.

**WHEREFORE**, Helena Agri-Enterprises, LLC and Louisiana Ag Group GP respectfully request that the Court grant this Motion and enter the Judgment attached as **Exhibit 1**.

2

Respectfully submitted:

_/s/ Katilyn M. Hollowell_
J. Eric Lockridge, T.A. (#30159)
eric.lockridge@keanmiller.com
Katilyn M. Hollowell (#37729)
katie.hollowell@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999

*Attorneys for Helena Agri-Enterprises, LLC*

_/s/_
DAVID P. BRUCHHAUS (#24326)
dbruchhaus@mbklaw.net
LENZI C. HEBERT (#38544)
lhebert@mbklaw.net
**MUDD, BRUCHHAUS & KEATING, LLC**
422 E. College Street, Suite B
Lake Charles, LA 70605
Telephone: (337) 562-2327
Facsimile: (337) 562-2391

*Attorneys for Louisiana Ag Group*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded this 14th day of December [~~November~~], 2023, by operation of the Court's CM/ECF electronic filing system to all parties.

_/s/ Katilyn M. Hollowell_