UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC<br><br>V.<br><br>LOUISIANA AG GROUP GP | CIVIL ACTION NO. 2:23-CV-00244<br><br>JUDGE JAMES D. CAIN, JR.<br><br>MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

The Court, pursuant to the request of Plaintiff, Helena Agri-Enterprises, LLC ("Plaintiff"), and Defendant, Louisiana Ag Group GP ("Defendant") (together, the "Parties"), having been advised of the agreement of the Parties, having reviewed the pleadings in the civil action, and having confirmed its jurisdiction over this civil action, finds that judgment should be entered as stated herein as stipulated by the Parties. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Plaintiff, Helena Agri-Enterprises, LLC, and against Defendant, Louisiana Ag Group GP in the amount of $325,000.00.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this is a final judgment. By stipulation of the Parties, this final judgment is not appealable.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all costs are taxed against the party who incurred them.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all other or further relief requested in this civil action that is not granted herein is denied.

**THUS DONE AND SIGNED** in Chambers this 18th day of December, 2023.

*[Signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**